# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIA P. SHINKARENKO,<br><br>Defendant. | PO-21-5092-GF-JTJ<br><br>VIOLATION:<br>9712115<br>Location Code: M13<br><br>ORDER |

Based upon the United States' unopposed motion to accept the defendant's payment of a $100 fine and $30 processing fee for violation 9712115 (for a total of $130), and for good cause shown, **IT IS ORDERED** that the $130 fine paid by the defendant is accepted as a full adjudication of violation 9712115.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about March 4, 2021, is **QUASHED**.

DATED this 1st day of April, 2021.

_____
John Johnston
United States Magistrate Judge